375 F.2d 1011
 154 U.S.P.Q. 75
 F. PALICIO Y COMPANIA, S.A., Cifuentes Y compania, Por
Larranaga, S.A., Menendez, Garcia Y compania,
Limitada, and Tabacalera Jose L. Piedra,
S.A., Plaintiffs-Appellants-Appellees,
v.
Gilbert P. BRUSH and Monroe Percy Bloch, co-partners, doing
business under the firm name and style of Brush &
Bloch, Defendants-Appellants-Appellees.
 No. 415, Docket 30984.
 United States Court of Appeals Second Circuit.
 Argued April 17, 1967.
Decided April 26, 1967.
 
 Leonard B. Boudin, New York City (Rabinowitz & Boudin, New Victor Rabinowitz, New York City, on the brief), for plaintiffs-appellants-appellees.
 Jac M. Wolff, New York City (Brush & Bloch, New York City, Monroe Percy Bloch, New York City, on the brief), for defendants-appellants-appellees.
 Before MOORE, KAUFMAN and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Having considered the various points raised by plaintiffs-appellants-appellees and defendants-appellants-appellees, we are of the opinion that Judge Bryan's discussion of the facts and his analysis and application of the law are correct; we therefore affirm on the basis of his well reasoned opinion reported at 256 F.Supp. 481 (S.D.N.Y.1966).